## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR147 |
| vs. | ) | ORDER |
| LEANDRO LOPEZ-HUERTA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Leandro Lopez-Huerta (Lopez-Huerta) (Filing No. 33). Lopez-Huerta seeks additional time in which to file pretrial motions in accordance with the progression order. Lopez Huerta has filed an affidavit consenting to the motion and acknowledging the additional time needed for the motion may be excluded under the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Lopez-Huerta's motion for an extension of time (Filing No. 33) is granted. Lopez-Huerta is given until **on or before July 13, 2012,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 14, 2012, and July 13, 2012**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)

DATED this 14th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge