**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:12CR147 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TOMAS JUAREZ-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of defendant Tomas Juarez-Lopez (Juarez-Lopez) for an extension of the pretrial motion deadline (Filing No. 31). The motion does not comply with NECrimR 12.1 (a) and paragraph 9 of the Progression Order (Filing No. 17) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 31) is :

(X) Held in abeyance pending compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before June 20, 2012**, the motion will be deemed withdrawn and termed on the docket.

( ) Denied.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge